PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

JAMES SMITH, *Plaintiff in Error*, v. J. H. WINBURN and W. J. WINBURN, *Defendants in Error*.

Division B.

Decision filed October 17, 1929.

Petition for rehearing denied November 18, 1929.

*J. L. Blackwell,* for Plaintiff in Error;

*Davis & Pepper,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there

is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

MATILDA P. FIEHE, an insane person, by her guardian and next friend, FRANK A. BELL, *Plaintiff in Error*, v. R. E. HOUSEHOLDER COMPANY, a Corporation, *Defendant in Error*.

En Banc.

Opinion filed May 15, 1929.

